R. Michael Ghilezan, Esq. (SBN 282340)
THE GHILEZAN LAW FIRM
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Tel.:  (310) 878-2630
Fax:  (310) 496-2872
Email: Michael@GhilezanLaw.com

*Attorney for Defendant* DAVID H. LEGGAT dba DHL TAX SERVICES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JTH TAX, LLC dba LIBERTY TAX SERVICE, a Delaware Limited Liability Company<br>　　　　Plaintiff,<br><br>v.<br><br>DAVID H. LEGGAT dba DHL TAX SERVICES,<br>　　　　Defendant(s). | Case No. 5:22-cv-01551-JGB-KK<br><br>**NOTICE OF SETTLEMENT-IN-PRINCIPLE AND STIPULATION TO STAY ALL FUTURE DEADLINES**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]<br><br>Complaint Served:　　December 8, 2022 |

　　PLEASE TAKE NOTICE that the parties have reached a settlement-in-principle in the above-captioned case.

　　Accordingly, in light of the parties' pending settlement, the parties, through their respective counsel of record stipulate that the Court should stay all future deadlines currently set in this Action. The purpose of the stay is to allow the parties to finalize drafting the settlement agreement and obtain necessary signatures. The parties expect to formally dismiss this entire action upon execution of the settlement agreement, by no later than April 10, 2023.

///

///

**IT IS SO STIPULATED:**

Dated: March 10, 2023          **THE GHILEZAN LAW FIRM**

By:   s/*R. Michael Ghilezan.*
       R. Michael Ghilezan
       *Attorney for Defendant*

Dated: March 10, 2023          **GORDON REES SCULLY MANSUKHANI LLP**

By:   s/ *Barton DeBolt*
       Barton DeBolt
       Mark S. Posard
       *Attorneys for Plaintiff*

R. Michael Ghilezan, Esq., the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the contents of this document and authorize its filing.

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail, electronic mail, or by other means permitted by the court rules.

Dated: March 10, 2023                    **THE GHILEZAN LAW FIRM**

By: ____s/*R. Michael Ghilezan.*____
R. Michael Ghilezan, Esq. (SBN 282340)
Attorneys for Defendant,
DAVID H. LEGGAT dba DHL TAX SERVICES